## Commonwealth *v.* Pitcher, Appellant.

Submitted September 9, 1968. *Harry D. Boonin,* for appellant; *Victor J. DiNubile, Jr.* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.